October 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

SOUTHWYCK, SECTION IV HOMEOWNERS' ASSOCIATION, INC.,
Appellant

NO. 14-16-00139-CV                              V.

SOUTHWYCK COMMUNITY ASSOCIATION, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Southwyck Community Association, Inc., signed November 20, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.